UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------x

JEAN M. SKIFF, on behalf of herself
and all others similarly situated,

     Plaintiff

  -against-

PRESSLER & PRESSLER AND SHELDON H.
PRESSLER,

     Defendants
----------------------------------------x

CV-03 1331
(FJS/RFT)

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
DEC 2 2 2003

LAWRENCE K. BAERMAN, CLERK
ALBANY

NOTICE OF
VOLUNTARY  DISMISSAL

   PURSUANT TO Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure, that no party named herein is an infant or an incompetent person and that the above-entitled action shall be, and it hereby is, voluntarily dismissed by the Plaintiff, JEAN M. SKIFF, with prejudice as to herself, without prejudice as to the putative class named in the complaint, and without costs as to any party named herein.

DATED: New York, New York
   November 26, 2003

            BY: ROBERT L. ARLEO, ESQ.
            (RA 7506)
            Attorney for the Plaintiff
            Jean M. Skiff
            225 East 79th Street, 2B
            New York, New York 10021
            (212) 517-9967